**Kathleen BROWN, Appellant,**

**v.**

**CENTRAL DISTRICT ALARM, INC. and Division of Employment Security, Respondents.**

**No. ED 102802**

Missouri Court of Appeals, Eastern District, **DIVISION TWO.**

Filed: November 17, 2015

Kathleen Brown—Pro Se, 6519 Fyler Avenue, St. Louis, Missouri 63139, for Appellant.

Larry Raymond Ruhmann, 421 East Dunklin Street, PO Box 59, Jefferson City, Missouri 65104, Kevin A. Sullivan, Sauter Sullivan, LLC, 3415 Hampton Avenue, St. Louis, Missouri 63139, Michael Knepper, Simon Passanante, P.C., 701 Market Street, Suite 1450, St. Louis, Missouri 63101, for Respondent.

Before Philip M. Hess, P.J., Gary M. Gaertner, Jr., J. and Angela T. Quigless, J.

### ORDER

PER CURIAM

Kathleen Brown appeals the Labor and Industrial Commission's decision denying her unemployment benefits. In a single point on appeal, Brown argues that the Commission erred in determining that she did not act in good faith when voluntarily terminating her employment.

We have reviewed the briefs of the parties and the record on appeal and have determined that an extended opinion would serve no jurisprudential purpose. We have, however, provided a memorandum opinion only for the use of the parties setting forth the reasons for our decision. Rule 84.16(b).